IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 5:17MJ7 |
| | § | |
| ERIC T. SHORTS | § | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

The petitioner, United States of America, respectfully shows:

1.      The defendant, **ERIC T. SHORTS,** entered a plea of guilty on November 30, 2016 to one count of Unlawful Possession of a Firearm in violation of 22 D.C. Code § 4503(a)(1) in *2015 CF2 015843: District of Columbia vs. Eric T. Shorts*, and his sentencing hearing was scheduled by the Superior Court of the District of Columbia to occur on March 10, 2017.

2.      That on February 10, 2017, the D.C. Superior Court rescheduled the sentencing hearing to occur on March 24, 2017.

3.      That on March 24, 2017, because the defendant was incarcerated in the United States Bureau of Prisons at the Federal Correctional Institute in Texarkana, Texas, the defendant was not present for the scheduled sentencing hearing. As a result, the court issued a failure to appear bench warrant and also a $5,000.00 cash or surety bench warrant to act as a detainer for the defendant.

4.      The defendant is presently incarcerated in the United States Bureau of

Prisons at the Federal Correctional Institute in Texarkana, Texas; is assigned 06130-007 as his register number; and is scheduled to be released from incarceration on Monday, April 24, 2017.

     5.    This Honorable Court has ordered the defendant to be in the United States District Court at Texarkana, Texas, on Monday, April 24, 2017 at 1:30 p.m., for an initial appearance before United States Magistrate Judge Caroline Craven.

Therefore, petitioner prays this Honorable Court to issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal, Eastern District of Texas to produce the body of said **ERIC T. SHORTS**, before this Honorable Court at Texarkana, Texas, Friday, April 24, 2017 at 1:30 p.m, for the stated purpose as duly ordered by this Court.

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY


*/s/ Jonathan D. Ross*
Jonathan D. Ross
Assistant United States Attorney
500 N. State Line Ave, Suite 402
Texarkana, Texas 75501
(903) 792-8453
(903) 792-5164 (facsimile)
Arkansas Bar No. 2002158
jonathan.d.ross@usdoj.gov

**Page 2 of 2**